UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BLOCKTREE PROPERTIES, LLC, a Washington limited liability company; CORSAIR INVESTMENTS, WA, LLC, a Washington limited liability company; CYTLINE, LLC, a Delaware limited liability company; 509 MINE, LLC, a Washington limited liability company; MIM INVESTORS, LLC, a Washington limited liability company; MINERS UNITED, LLC, a Washington limited liability company; TELCO 214 WHOLESALE SOFTWARE, INC, a Washington corporation; MARK VARGAS, an individual; WEHASH TECHNOLOGY, LLP, a Washington limited liability company;<br><br>                Plaintiff,<br>v.<br><br>PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON, a Washington municipal corporation; TERRY BREWER, individually and in his official capacity; BOB BERND, individually and in his official capacity; DALE WALKER, individually and in his official capacity; TOM FLINT, individually and in his official capacity; LARRY SCHAAPMAN, individually and in his official capacity; DOES 1-10, managers and employees of Grant PUD, individually and in their official capacities,<br><br>                Defendants. | NO: 2:18-CV-390-RMP<br><br>ORDER OF DISMISSAL OF TELCO 214 WHOLESALE SOFTWARE INC ONLY |

ORDER OF DISMISSAL OF TELCO 214 WHOLESALE SOFTWARE INC ONLY ~ 1

BEFORE THE COURT is Plaintiffs' Stipulated Motion to Dismiss Plaintiff Telco 214 Wholesale Software, Inc., ECF No. 60.  Having reviewed the motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Stipulated Motion to Dismiss Plaintiff Telco 214 Wholesale Software, Inc., **ECF No. 60**, is **GRANTED**.

2. Plaintiff Telco 214 Wholesale Software, **only**, is dismissed from the above-captioned action with prejudice to refiling its claims, and without an award of attorneys' fees or costs to any party.

3. The action remains pending as to all other parties and claims.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, **terminate Telco 214 Wholesale Software, Inc., as a party**, and provide copies of this Order to counsel.

**DATED** April 19, 2019.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Judge