# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BLOCKTREE PROPERTIES, LLC, et al.,

*Plaintiffs*

v.

PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, et al.,

*Defendants*

Civil Action No. 2:18-CV-390-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2019

SEAN F. McAVOY, CLERK

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Stipulated Motion to Dismiss Plaintiff Telco 214 Wholesale Software, Inc. (ECF No. 60) is GRANTED. Plaintiff Telco 214 Wholesale Software Inc. is dismissed from this action with prejudice to re-filing its claims. Judgment of dismissal as to Plaintiff Telco 214 Wholesale Software, Inc. is hereby entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on the Plaintiffs' Stipulated Motion to Dismiss Plaintiff Telco 214 Wholesale Software, Inc. (ECF No. 60).

Date: April 19, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb