# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2020

SEAN F. McAVOY, CLERK

BLOCKTREE PROPERTIES, LLC, et al.,

*Plaintiff*

v.

PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON, et al.,

*Defendant*

Civil Action No. 2:18-CV-390-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Renewed Motion for Summary Judgment, ECF No. 106, is GRANTED IN PART.
Plaintiffs' Motion for Summary Judgment, ECF No. 124, is DENIED.
Plaintiffs' federal claims are DISMISSED WITH PREJUDICE.
Plaintiffs' state law claims are DISMISSED WITHOUT PREJUDICE.
Judgment is entered for all Defendants on all federal claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for summary judgment.

Date: 3/12/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez