UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 02 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CYTLINE, LLC, a Delaware limited liability company; et al., <br><br> Plaintiffs - Appellants, <br><br> and <br><br> CORSAIR INVESTMENTS WA, LLC, a Washington limited liabiity company and TELCO 214 WHOLESALE SOFTWARE, INC., a Washington corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON, a Washington municipal corporation; et al., <br><br> Defendants - Appellees. | No. 20-35324 <br><br> D.C. No. 2:18-cv-00390-RMP <br> U.S. District Court for Eastern Washington, Spokane <br><br> **MANDATE** |

The judgment of this Court, entered March 11, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7